Motion GRANTED. *[signature]*

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor,<br>United States Department of Labor,<br><br>      Plaintiff<br><br>v.<br><br>SPORT-ORTHO URGENT CARE, PC dba<br>SPORT ORTHO URGENT CARE, TENNESSEE<br>SPORTS MEDICINE & ORTHOPEDICS,<br>CHARLES R. KAELIN, JR. (an individual),<br>and CAROL KAELIN (an individual),<br><br>      Defendants | Civil Action No. <u>3:20-CV-00750</u><br>**Judge Trauger**<br>**Magistrate Judge Newbern** |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER AND PERMANENT INJUNCTION

The Plaintiff, the Secretary of Labor, and Defendants give notice to the Court that they have resolved the matter captioned above. The Defendants have agreed to pay $120,000, which constitutes back wages and liquidated damages as provided in the attached consent order. The Defendants also consent to the entry of a permanent injunction requiring future compliance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. The parties respectfully request that the Court issue and approve the attached consent order and permanent injunction.

*[signatures to follow]*