IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EUGENE SCALIA, Secretary of Labor, )
)
    Plaintiff, )
)
v. )   Civil No. 3:20-cv-00750
)   Judge Trauger
SPORTS-ORTHO URGENT CARE, PC, ET AL., )
)
    Defendants. )

## ORDER

This case has settled, and the court has retained jurisdiction only for purposes of assuring compliance with the settlement. It is therefore ORDERED that the Clerk shall administratively close this file.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge